IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

VERSUS                                           CRIMINAL ACTION NO. 4:05CR95-P-B

DAVID IBARRA

## ORDER

This cause is before the Court on defendant David Ibarra's Motion for Employment of Private Investigator to Assist Defense [485-1]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied inasmuch as the defendant's subsequent retention of private counsel refutes the notion that he lacks the ability to pay for the services of an investigator himself.

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant David Ibarra's Motion for Employment of Private Investigator to Assist Defense [485-1] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 8th day of June, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE